IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEFAN FREETH,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **No. 14-2274** |
| v. | : | |
| | : | |
| **ZURICH AMERICAN INSURANCE CO.,** | : | |
| **Defendant.** | : | |

## ORDER

This 15th day of July, 2015, Plaintiff's Motion for Summary Judgment is **GRANTED**, and the Motion for Summary Judgment of Defendant Zurich American Insurance Company is **DENIED.** In accordance with Pennsylvania Law, the uninsured motorist coverage in Defendant's Business Automobile Policy, BAP 8311570-11 ("the Policy") issued to Road-Con, Inc., is hereby **DECLARED** equivalent to the Policy's bodily injury liability limits. Defendant is therefore **ORDERED** to provide one million dollars ($1,000,000.00) in uninsured motorist coverage to Plaintiff, Stefan Freeth, in connection with injuries sustained in the September 21, 2012 motor vehicle accident.

    /s/ Gerald Austin McHugh
United States District Court Judge